UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

UNITED STATES OF AMERICA

-against-

*Nellie Agudelo Piedrahita*

------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/05

ORDER

05 cr 708 AKH
Docket #

__Alvin K. Hellerstein__, **DISTRICT JUDGE**:
Judge's Name

The C.J.A. attorney assigned to this case
__David Patton__ is hereby ordered substituted
Attorney's Name

and the representation of the defendant in the above captioned
matter is assigned to __Gregory Cooper__.
Attorney's Name

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         Nov. 14, 2005