**HOWARD R LEADER**
ATTORNEY AT LAW
432 PARK AVENUE SOUTH
SECOND FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (646) 533-7696
FACSIMILE (212) 684-0920

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/18/06

So Ordered
1/18/06
[signature]

VIA FACSIMILE

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

January 17, 2006

<u>United States v. Nellie Agudelo-Piedrahita, et al.</u>
(S2) 05 Cr. 708 (AKH)

Dear Judge Hellerstein:

    This letter is to advise the Court that I have been retained to represent Ms. Agudelo-Piedrahita in connection with this matter, presently scheduled for February 3, 2006. I have been in contact with both counsel of record for Ms. Agudelo-Piedrahita and the government to advise of this development.

    Accordingly, I ask the Court to permit me to enter the case at this time and to relieve Agudelo-Piedrahita's current attorney.

Respectfully submitted,

[signature]
HOWARD R LEADER

cc: Anirudh Bansal, Esq.,
    Assistant United States Attorney

Gregory Cooper, Esq.