⊗AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__          DISTRICT OF          __NEW YORK__

| UNITED STATES |
|---|

v.

| ARDILLA ROJAS |
|---|

APPEARANCE

Case Number: | 05 Cr. 00708 |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

| NELLIE AGUDELO-PIEDRAHITA |
|---|

I certify that I am admitted to practice in this court.

| May 3, 2006 |
|---|
Date

Signature *(J. Roberto Cardenas)*

| J. ROBERTO CARDENAS | JC2675 |
|---|---|
| Print Name | Bar Number |

| 119 West 57th Street, Suite 1215 |
|---|
Address

| New York, New York 10019 |
|---|
City          State          Zip Code

| (212) 977-7095 | (212) 977-7085 |
|---|---|
| Phone Number | Fax Number |