

## CARDENAS & ASSOCIATES

ATTORNEYS AT LAW
250 WEST 57TH STREET
THE FISK BUILDING
SUITE 1023
NEW YORK, NEW YORK 10107

J. ROBERTO CARDENAS

OF COUNSEL:
RAYMOND E. VILLANUEVA
DIANA VARGAS



RECEIVED
JUN 14 2006
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

TELEPHONE: (212) 977-7095
FACSIMILE: (212) 977-7085
E-MAIL: JRC-ESQ@MSN.COM

LEGAL ASSISTANTS:
G. MATTHEW PIRNER
NATALIA BERRINO

### VIA FACSIMILE

Hon. Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

June 14, 2006

*Permission is granted.*
*6/14/06*

Re: <u>United States v. Nelly Agudelo, 5 Cr. 708 (AKH)</u>

Dear Judge Hellerstein:

I am the attorney for Nelly Agudelo, a defendant in the above-captioned matter. I write this letter to request the Court's permission to absent myself from the conference currently scheduled for June 19, 2006. The reason for this request is that I actually have to be in Colombia, working in reference to both this case and also the United States v. Julia Agudelo, 02 Cr. 1188, pending in the Eastern District of New York.

I am aware that this matter is on for a status conference. I have spoken to my co-counsel, Lee Ginsberg, Esq. who has graciously agreed to stand up on my behalf as well as to my client who has no objection to Mr. Ginsberg representing her for this appearance. I have informed AUSA Bansal of my request to absent myself. In so far as the case is concern please be advised that absenting will not affect the status of the case because I have been in constant communication with Mr. Bansal in reference to resolving this matter and we are working towards a resolution of this case.

Therefore, I respectfully request that the Court permit me to absent myself from this next appearance. Thank you.

Respectfully,

J. Roberto Cardenas

JRC/gmp