AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

United States of America

v.

Ardila-Rojas, et al

**APPEARANCE**

Case Number: 05cr00708 (AKH)-4

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Nellie Agudelo-Piedrahita

I certify that I am admitted to practice in this court.

July 11, 2006
Date

Roy R Kulcsar Esq
Signature

Roy R. Kulcsar | RKK8079
Print Name | Bar Number

27 Union Square West
Address

New York   ny   10003
City        State    Zip Code

2123521700 | 201.439.1478
Phone Number | Fax Number

Cell: 2014460294