UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA                :
                                        :
    - against -                           :    05 Cr. 708 (AKH)
                                        :
NELLIE AGUDELO PIEDRAHITA et al.,       :    **ORDER**
                                        :
    Defendants.                          :
-------------------------------------------------------X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The pretrial conference scheduled for August 9, 2007 at 11:30am is adjourned to August 10, 2007 at 11:30am and time is excluded until then pursuant 18 U.S.C. § 3161(h)(8)(A).

    SO ORDERED.

Dated:    August 8, 2007
            New York, New York

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge